# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 25, 2018

## NO. 03-18-00366-CV

**Robert Brian McGill a/k/a Brian McGill, Appellant**

**v.**

**Womack Machine Supply Co., Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND

This is an appeal from the interlocutory order signed by the trial court on May 23, 2018. Robert Brian McGill has filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.